CLERKS OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

NOV 25 2020

JULIA C. DUDLEY, CLERK
BY: s/ H. MCDONALD
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
(Roanoke Division)

| | |
|---|---|
| **CHARLES DANIEL O'DONNELL,** | : |
| **Plaintiff,** | : |
| v. | : Civil Action No.: 7:19-cv-00054 |
| **THOMAS MAJORS,** | : |
| d.b.a. **THOMAS MAJORS TRUCKING** | : |
| and | : |
| **THOMAS MAJORS TRUCKING** | : |
| and | : |
| **THOMAS MAJORS** | : |
| **Defendants.** | : |

## DISMISSAL ORDER

This day came the parties to this action, by their attorneys, and advised the Court that they have compromised and settled their differences. Whereupon, on their joint motion, it is accordingly

ORDERED, ADJUDGED and DECREED that this action be, and the same hereby is, DISMISSED WITH PREJUDICE, with each party to pay their own taxable court costs. This matter is removed from the Court's docket.

And the Clerk of this Court is directed to forthwith certify a copy of this Order to each counsel of record.

ENTER:  11 /25 /2020

_/s/ Thomas T. Cullen_
United States District Judge Thomas T. Cullen

We have seen this Order and
ask and consent to its entry:


/s/ Kate B. Adams_____
Kate B. Adams (VSB #83643)
KPM LAW
2840 Electric Road, Suite 111
Roanoke, Virginia 24018
Phone: (540) 776-3583
Fax:   (540) 776-1542
Email: Kate.Adams@kpmlaw.com
*Counsel for Defendants*


/s/ Michael E. Untiedt_____
Michael E. Untiedt, Esquire (VSB#17109)
Law Offices of Michael E. Untiedt
Post Office Box 668
Marion, Virginia 24354
(276) 783-6193
(276) 783-6194 (fax)
michael@untiedtlaw.com
*Co-Counsel for Plaintiff*


Charles Paul Stanley, Esquire (VSB# 36789)
390 Spring Street
Wytheville, Virginia 24382
(276) 228-4003
(276) 228-2984 (fax)
Cpst3d@gmail.com
*Co-Counsel for Plaintiff*


Dennis P. Brumberg, Esquire (VSB#1031)
Brumberg, Mackey & Wall, PLC
Post Office Box 2470
Roanoke, Virginia 24010
(540) 343-2956
(540) 343-2987 (fax)
dbrumberg@bmwlaw.com
*Co-Counsel for Plaintiff*